# Court of Appeals
# of the State of Georgia

ATLANTA, July 27, 2022

*The Court of Appeals hereby passes the following order:*

## A23E0002.  JACK EDWIN STEELE, III v. CAROL STEELE.

A Rule 40(b) motion was filed in this Court on July 26, 2022 requesting an extension of time to file a discretionary application. Upon consideration, the motion is hereby GRANTED until September 12, 2022.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, 07/27/2022*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*